## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Robert E. Blackburn, Judge

Civil Action No. 01-cv-02232-REB

SECURITIES INVESTOR PROTECTION CORPORATION,

    Plaintiff-Applicant,

v.

CONSOLIDATED INVESTMENT SERVICES, INC.,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    This matter is before me on the court's Order to Show Cause [#8], filed November 4, 2005. I ordered the plaintiffs to show cause, on or before November 14, 2005, why their claims against the sole remaining defendant should not be dismissed for failure to prosecute under FED. R. CIV. P. 41(b). As I noted in the Order to Show Cause, the only remaining defendant never was served with a summons and complaint, and never has entered an appearance in this case. The other defendants have been dismissed. Except for the Order to Show Cause, there has been no activity in this case since May 14, 2002. The plaintiff has not filed any response to the Order to Show Cause. I conclude that the plaintiff's claims against the defendant should be dismissed due to the plaintiff's failure to prosecute those claims. FED. R. CIV. P. 41(b).

-2-

**THEREFORE, IT IS ORDERED** as follows:

**1.** That the plaintiff's claims against defendant, Consolidated Investment Services, Inc., are **DISMISSED** without prejudice under FED. R. CIV. P. 41(b); and

**2.** That this case is **DISMISSED**.

Dated November 28, 2005, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge